# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**APRIL L. HOPP,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　Case No. 1:21-cv-214-AW-HTC

**KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have carefully considered the magistrate judge's report and recommendation (ECF No. 15), which concludes the Commissioner's decision should be affirmed. Plaintiff has filed objections, which largely restate the arguments presented in her earlier memorandum. ECF No. 16. I have considered the entire matter de novo, including the issues raised in Plaintiff's objection.

I conclude that the report and recommendation should be approved, and I adopt it and incorporate it into this order. The clerk will enter a judgment that states, "The decision of the Commissioner is affirmed." The clerk will then close the file.

SO ORDERED on February 8, 2023.

                                            s/ *Allen Winsor*
                                            United States District Judge